FILED

2012 AUG 15 PM 3: 54

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY $\underline{W}$                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2011 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. __12 CR 3419 JAH__ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Sec. 2251(a) and (e) – Sexual Exploitation of a Child; Title 18, U.S.C., Sec. 2251(a) and (e) – Attempted Sexual Exploitation of a Child; Title 18, U.S.C., Sec. 2252(a)(2)- Receipt of Images of Minors Engaged in Sexually Explicit Conduct; Title 18, U.S.C., Sec. 2252(a)(4)(B) – Possession of Matters Containing Images of Minors Engaged in Sexually Explicit Conduct;  Title 18, U.S.C., Sec. 2253(a) – Criminal Forfeiture |
| HECTOR MANUEL CARREON, | |
| Defendant. | |

The grand jury charges:

Count 1

In or about 2004, within the Southern District of California, defendant HECTOR MANUEL CARREON, did employ, use, persuade, induce, entice, and coerce a minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer; in violation of Title 18, United States Code, Sections 2251(a) and (e).

APS:vp:San Diego
8/14/12

Count 2

On or about June 16, 2012, within the Southern District of California, defendant HECTOR MANUEL CARREON, did attempt to employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; in violation of Title 18, United States Code, Section 2251(a) and (e).

Count 3

On or about April 13, 2010, within the Southern District of California, defendant HECTOR MANUEL CARREON, did knowingly receive any visual depictions, including a file titled "!New!(Pthc) Tara 8 Tara Gets Molested By a Clown.mpg", using any means and facility of interstate and foreign commerce, that had been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contains materials which have been mailed, shipped and transported, by any means including by computer, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

//

//

//

//

2

Count 4

On or about April 22, 2009, within the Southern District of California, defendant HECTOR MANUEL CARREON, did knowingly receive any visual depictions, including a file titled "!New! (Pthc) 2007 Tara 8yr-Tara's Oral Explosion (kleuterkutje)(pedo)(ptsc).mpg", using any means and facility of interstate and foreign commerce, that had been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contains materials which have been mailed, shipped and transported, by any means including by computer, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

Count 5

On or about June 26, 2012, within the Southern District of California, defendant HECTOR MANUEL CARREON, did knowingly possess one or more matters, that is computer hard drives and computer media, including one Western Digital 1 TB SATA hard drive, serial no. WCAU47197729, which contained visual depictions that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which were produced using materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions //

1 were of such conduct; in violation of Title 18, United States Code,
2 Section 2252(a)(4)(B).

3                                 Count 6

4       On or about June 26, 2012, within the Southern District of
5 California, defendant HECTOR MANUEL CARREON did knowingly possess one
6 or more matters, that is computer hard drives and computer media,
7 including one Western Digital 250 GB SATA hard drive, serial no.
8 WCANK3724948, which contained visual depictions that had been mailed,
9 shipped and transported using any means and facility of interstate and
10 foreign commerce and in and affecting interstate and foreign commerce,
11 and which were produced using materials which have been mailed,
12 shipped and transported in interstate and foreign commerce, by any
13 means including by computer, the production of which involved the use
14 of a minor engaging in sexually explicit conduct, as defined in
15 Title 18, United States Code, Section 2256(2), and which visual
16 depictions were of such conduct; in violation of Title 18,
17 United States Code, Section 2252(a)(4)(B).

18                                 Count 7

19       On or about June 26, 2012, within the Southern District of
20 California, defendant HECTOR MANUEL CARREON, did knowingly possess one
21 or more matters, that is computer hard drives and computer media,
22 including one Western Digital 1 TB hard drive, serial no.
23 WCAU47921414, which contained visual depictions that had been mailed,
24 shipped and transported using any means and facility of interstate and
25 foreign commerce and in and affecting interstate and foreign commerce,
26 and which were produced using materials which have been mailed,
27 shipped and transported in interstate and foreign commerce, by any
28 means including by computer, the production of which involved the use

                                    4

of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

FORFEITURE ALLEGATION

1.   The allegations contained in Counts 1 through 7 of this Indictment are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 2253(a).

2.   Upon conviction of one or more of the offenses alleged in Counts 1 through 7, which involve violations of Title 18, United States Code, Sections 2251(a), and 2252(a), defendant HECTOR MANUEL CARREON, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), all right, title and interest in: all visual depictions which were produced, transported, mailed, shipped and received in violations of Sections 2251 and 2252; any property, real or personal, constituting or traceable to gross profits obtained from the offenses; and any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses, including but not limited to the following personal property:

a.   One (1) Western Digital 1 TB SATA hard drive, serial number WCAU47197729;

b.   One (1) Western Digital 250 GB SATA hard drive, serial number WCANK3724948;

c.   One (1) Western Digital 1 TB hard drive, serial number WCAU47921414;

1          d.     One (1) Sony camera DSC-TRV520, serial number 1051265;

2          e.     One (1) SanDisk Extreme card, 16 GB, serial number

3                   BL1127016231G; and

4          f.     Visual depictions depicting or attempting to depict

5                   minors engaged in sexually explicit conduct as defined

6                   by Title 18 United States Code 2256.

7     3.    If any of the forfeitable property described above in

8 Paragraph 2, as a result of any act or omission of the defendant,

9          (a)   cannot be located upon the exercise of due diligence;

10         (b)   has been transferred or sold to, or deposited with, a

11 third party;

12         (c)   has been placed beyond the jurisdiction of the Court;

13         (d)   has been substantially diminished in value; or

14         (e)   has been commingled with other property which cannot

15 be subdivided without difficulty; it is the intent of the

16 United States, pursuant to Title 18, United States Code,

17 Section 2253(b), to seek forfeiture of any other property of the

18 defendant up to the value of the forfeitable property described above

19 in Paragraph 2.

20 All pursuant to Title 18, United States Code, Sections 2253(a).

21     DATED: August 15, 2012.

22                             A TRUE BILL:

23

24                             Foreperson

25 LAURA E. DUFFY
     United States Attorney

26

27 By:

          ALESSANDRA P. SERANO

28     Assistant U.S. Attorney